### D.H.R. Construction Company, Inc. v. The Ridgefield Corporation et al.

The motion by the named defendant for this court to review the action of the trial court denying its motion for an extension of time in the appeal from the Court of Common Pleas in Hartford County is denied.

*Herbert S. Wolfe,* on the motion.

Submitted September 2—decided September 24, 1969

### State of Connecticut v. Frances Boyd

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Francis J. DiScala,* in support of the petition.

Submitted September 3—decided September 24, 1969

### State of Connecticut v. Arthur J. Davis

The motion by the defendant for a stay of execution is dismissed.

The motion by the defendant for a return of the transcript of the original trial in the Superior Court in New Haven County is dismissed.

*Arthur J. Davis,* pro se, on the motions.

Submitted September 5—decided September 24, 1969